U.S. COURTS

JUL 17 2017

Rcvd_____ Filed____ Time 11:14a
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT OF IDAHO

| | |
|---|---|
| JOHN ERNEST DADE<br>    Movant<br><br>  v.<br><br>UNITED STATES OF AMERICA<br>    Respondent- | ) CASE No.: 16-cv-224-BLW<br>)<br>)<br>) MOTION TO LIFT THE STAY, WITH RENEWED TO AMEND<br>) UNDER FRCVP RULE 15(c)(1)(B) PER ORDER DOCUMENT #47<br>) REFERENCING DOCKET ENTRY #25...<br>)<br>) |

This Court does not need to wait for (DIMAYA v. SESSIONS) to be decided... These Circuits, the 6th., 7th., 9th., and 10th., Said <u>Johnson</u>: nullifies § 16(b)'s risk-to-force-clause -- a clause worded identically to § 924(c)'s risk-of-force Clause. This Court has the discretion to immediately adjudicate Dades 15(c)(1)(B) Motion. Dade continues to question, How could Dade be Charged with Burglary? When Dade was Co-Owner of the property in question. At the most the only valid charge Might have been a violation of a State Court "Restraining Order"... a misdemeanor.

### ARGUENDO

**WHEN LEARNED JURIST'S ARE SQUABBLING OVER THE DEFINITIONS OF § 16(b)
HOW COULD DADE'S JURY THEN DECIDE WHAT LEARNED JURISTS CONTINUE TO SQUABBLE OVER?**

[W]hen, one looks at the cause and prejudice effect this Court's rulings have had on Dade over the years, One can only conclude Dade has been denied what every defendant should be given- "A Fair Trial With Alibi Witnesses" and "ONE FULL FAIR UNOBSTRUCTED SHOT A HABEAS REVIEW UPON THE MERITS OF DADE'S CLAIM'[s]"...

**THIS COURT REPEATEDLY MADE- UNREASONABLE DETERMINATION OF THE FACTS IN
IT'S 12/16/2011 PUBLISHED OPINION THAT CREATED A MISCARRIAGE OF JUSTICE
THE RECORD CONVICTS ITS SELF...**

The "Unreasonable determination" standard come in several flavors, each presenting its own peculiar set of considerations, When this Court distorted, altered or fabricated, what the Factual Record Proved, Then adverted to in court ORDERS to Buttress its own egregious and unconstitutional legal conclusions, is perforce unreasonable and there is nothing to which the presumption of corretness can attach. Obviously This Court's legal conclusions and legal err's has infected the fact finding process, the record proves the courts factual determination's where unreasonable, not supported by the Court's Own factual record. Therefore, No presumption of

1

ARGUENDO   **(cont'd)**

—correctness can attach to it... As the Record proves This Court made numerous factual "MISSTATEMENTS" on several material Issues that are central to Dade's claim's. these err's have fatally undermined the fact-finding process, rendering the resulting factual finding unreasonable are not entitled to any deference!...

Considering this Court purposefully ignored then distorted, altered or fabricated evidence that supported Dade's Claims...

> Taylor v. Maddox, 366 F.3d 992, 1000-1001(CA9-2004) NOTING ALL CASES CITED.
> id at 1001 mandating relief...

Irregardless of what Court "State or Federal" made the err's it is prejudicial...

**PROVING ONE OF MANY SUCH LEGAL ERR'S AND FABRICATION OF THE FACTUAL RECORD-BY THIS COURT'S 12/16/11 PUBLISHED OPINION. CONSIDERING THAT ANY EXAMINATION OF OF THE AIKELE TAPES CAUSES AN AUTOMATICE REVERSAL, NO CONVICTION CAN STAND UPON MANUFACTURED TAPES THAT WAS THE PRINCIPLE EVIDENCE USED TO CONVICT DADE**

Noting this Court's 12/16/11 PO. at page 8...   Quotes taken from LexisNexis Copy

> **12/16/11 PO. id at p.8** 2nd.para. "Richert took a "Handful" of tapes to a local company that makes audio tapes to informally check the quality of the tapes, **id at 21, Their Examination Revealed Nothing of Concern"**

The Record proves The Above Legal Conclusion is a Fabrication of Evidence and Lie.

> 09-cv-512-BLW marked Document 45-2 Filed 3/18/11 **id at 21 (p.24 of 87)**
> **id at 21, 1.17/20-** "A- it was informal, But, No, there was nothing --
> I don't remember if they said they couldn't do it or what they listened to
> didn't- have anything on it"...

NOTING: [STEEL & STOLTZ] Is an Advertising Agency, & can be reached @(208 233 7306) They Stated to Dade, they reformat old movies/tapes onto (CD-Disks) they stated they do not have the experienced personal to conduct forensic audio analysis on 3rd. or 4th., generation tapes. they stated thay DO NOT WORK INFORMALLY, and have No Billing Record for a Mr. Richert, Obviously the tapes have never been examined by anyone, Because Any examination would have revealed all of the following tape anomalies. AS the Reocrd Proves-- The Tapes Where so Bad that AUSA Peter admitted he Had the Tapes Enhanced (what ever that means) so that the Jury Could hear them. in effect AUSA Peters also tampered with evidence. Secondly the Tapes where so Bad That this Court "Actually Allowed" Agent Worm's to insert into the transcription of

2

ARGUENDO    (cont'd)

-the tapes (ANY WORDS HE IMAGINED HE HEARD) AUSA Peters also admitted his recording devised had a Cracked Recording head, and therefore, was incapable of taking complete recordings, in violation of 18 USC §2518 etc. The Record also proves the Tapes where "Cherry-Picked" and not all of the Tapes were produced at trial, a BRADY Violation.

This Court's 12/16/11 PO. Repeatedly Contradicts its self...

12/16/11 PO. id at p.7 "Dade states that on or about June 10, 2002, he repeatedly told Richert, that the tapes had been dubbed together, that his statements had been taken from several different conversations and that the tapes had numerous blank spots" etc

CV-DKT-40 ORDER id at p.5 1.9/12 "Dade failed to specify which portions of the ten Recordings admitted into evidence where erased or dubbed together" Numerous Blank Spots Identifies the erasures with particularity, requiring audio analysis... Dade claims must be taken as true, until proven otherwise, every Dirty rotten legal trick imaginable has been pulled to prevent any forensic audio expert from examining the Aikele tapes... Trial Testimony proves there where several recording devises provided by Aikele's Married Boyfriends (Putzer or Watson) who wanted Dade out of the Way for exposing there Adulterous Affairs with Aikele to there Wife's (Putzer's Wife Kathy Divorced him After Dade told her what was going on. Yet the Jury never got to hear any of these facts. Noting there is no chain of evidence no log book of calls taken or calls made, no supervision of Aikele by Agent Worms, Aikele had the ability, the motive and the opportunity to dub the tapes together, **(Ttr p.1399 1.19/20 "She works for the phone company and knows how to make things work") WOW. Yet All The Threats Aikele Made against Dade & McCleery have magically disappeared, Imagine that...** Hence why AUSA Peters Could Not or would Not produce all the Tape Recordings... It goes on and on like this in this Mockery of Justice, This is just the Tip of the Ice Berg in this Case and Just One of Numerous Examples from the 12/16/11 PO that repeatedly fabricated, altered or distorted what the Factual record stated, No wonder This Court has resorted to legalese double talk to prevent any adjudication of the Factual Record, because

3

ARGUENDO    (conclusion)

-any of the Issues and Claims Dade has presented in his "MOTION TO AMEND" "MOTION TO IMMEDIATELY RECUSE" "MOTION FOR INTERLOCUTORY APPEAL"  Any adjudication of the record attached to those MOTION'[S]--- would cause an automatic reversal of Dade's conviction. therefore, there is no need to wait for (DIMAYA v. SESSIONS) to be decided... The Interest of justice would allow such relief.

Under Penalty of perjury the above is true Dated July 12, 2017

_____
John Ernest Dade
3600 Guard Road
Lompoc, CA 93246-2705

CERTIFICATE OF SERVICE

On this 12th., Day of July 2017 I placed a copy of this motion in the US Mail Postage prepaid First Class Mail to AUSA Hurwit and FPD Ms. Winberg, at there current address

_____
John Ernest Dade

4