IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN ERNEST DADE<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | Case No. 4:16-CV-224-BLW<br><br>(Criminal Case 4:01-cr-196-BLW)<br><br>**CERTIFICATE OF APPEALABILITY** |

Petitioner seeks to amend the Court's earlier decision to include a Certificate of Appealability. Habeas Rule 11(a) states that this Court "must issue or deny a certificate of appealability (COA) when it enters a final order adverse to the applicant." A COA may issue only if the applicant makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Under this standard, a petitioner must show that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Here, that standard has been met with regard to the Court's Memorandum and Decision (docket no. 125), which is being appealed by the petitioner. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to amend (docket no. 127) is GRANTED, and that the Memorandum Decision and Order (docket no. 125) be AMENDED to include this Certificate of Appealability that is GRANTED as

to all issues contained in the Court's decision in its Memorandum Decision and Order (docket no. 125).



DATED: February 28, 2019

_____
B. Lynn Winmill
Chief Judge
United States District Court